```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LOVE AND MADNESS, INC.,

                         Plaintiff,

-against-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S", "ICING", "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORE'S INC.,

                         Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021
```

21 Civ. 1913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for September 21, 2021, is ADJOURNED to **November 2, 2021**, at **10:00 a.m.** By **October 26, 2021**, the parties shall submit their joint status letter.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

*(signature)*

ANALISA TORRES
United States District Judge