UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVE AND MADNESS, INC.,<br><br>      Plaintiff,<br><br>-against-<br><br>CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S", "ICING", "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORE'S INC.,<br><br>      Defendants. | Civil Action No. 21-CV-01913 (AT) (SLC)<br><br>MOTION TO FILE <u>DOCMENTS UNDER SEAL</u> |

  Pursuant to the Order of the Honorable Sarah L. Cave, United States Magistrate Judge, dated September 10, 2021 (ECF Doc. No. 75) directing Barton LLP to file its relevant billing records under seal, and the SDNY Electronic Case Filing Rules & Instructions, my firm, Barton LLP's, hereby moves to file the following documents under seal:

- Law Firm Engagement Agreement dated February 7, 2020 executed by Plaintiff;
- A complete of the Barton, LLP invoices that are at issue.

Complete copies of the foregoing documents have been submitted to Chambers and served upon Plaintiff's incoming/new counsel, Doniger/Burroughs.

Dated: September 24, 2021
    New York, New York

**BARTON LLP**

By: _____
  Maurice N. Ross, Esq.
  Laura-Michelle Horgan, Esq.

711 Third Avenue, 14th Floor
New York, New York 10017
Tel: (212) 687-6262
Fax: (212) 687-3667
mross@bartonesq.com
lmhorgan@bartonesq.com

*Attorneys for Plaintiff*
*Love and Madness, Inc.*

To:  John S. Letchinger, Esq.
Jared Brandyberry, Esq.
Baker & Hostetler LLP
1801 California Street
Denver, Colorado 80202-2662
Tel: (303) 764-4072
jletchinger@bakerlaw.com
Jbrandyberry@bakerlaw.com
*Attorneys for Claire's Holdings LLC;*
*Claire's Inc.; CBI Distributing Corp. d/b/a*

Scott Alan Burroughs, Esq.
*Via email to:* scott@donigerlawfirm.com

Laura M. Zaharia, Esq.
*Via email to:* lzaharia@donigerlawfirm.com