UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court has received emails from the parties with copies of documents to be filed under seal (the "Sealed Documents") as directed by the Court's September 10, 2021 Order. (ECF No. 75). The parties have neglected to review the Court's Individual Practices, pursuant to which the parties must <u>also</u> file "the [Sealed Documents] . . . electronically though the Court's ECF system in conformity with the Court's Standing Order, 19-mc-583, and ECF Rules & Instructions, Section 6, available at https://nysd.uscourts.gov/rules/ecf-related-instructions." § I.G.2. Accordingly, the parties shall file the Sealed Documents on ECF by **Wednesday, September 29, 2021**, after which, the Court will rule on the Motions to Seal, filed at ECF Nos. 82, 86, in due course.

Dated:      New York, New York
                September 27, 2021

                                          SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**