UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Motions to Seal filed at ECF Nos. 82 and 88 are GRANTED. The Clerk of Court is respectfully directed to: (i) close ECF Nos. 82 and 88, and (ii) to limit access to ECF Nos. 89–90 (which are the documents referenced in ECF Nos. 82 and 88) to Court users and to the case participants in this action.

Dated:         New York, New York
               September 28, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**