UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Doniger / Burroughs' Motion to Seal filed at ECF No. 86 is GRANTED.  The Clerk of Court is respectfully directed to:  (i) close ECF No. 86, and (ii) to limit access to ECF Nos. 93–95 (which are the documents referenced in ECF No. 86) to Court users and to the case participants in this action.

Dated:         New York, New York
               September 30, 2021

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**