UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The parties have requested a settlement conference in early December. (See ECF No. 105). Accordingly, by **Monday, November 1, 2021**, the parties shall file a joint letter setting forth at least three dates on which all counsel (and the parties) are available for a settlement conference, as well as the parties' preferred conference format (in-person, on Microsoft Teams hosted by the Court, or on an alternative videoconference platform hosted by the parties).

The Court generally sets aside three hours for settlement conferences, which, absent unusual circumstances, begin at either 10:00 am or 2:00 pm.

Dated:    New York, New York
            October 27, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**