USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
LOVE AND MADNESS, INC.,

                           Plaintiff,

-against-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S", "ICING", "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORE'S INC.,

                           Defendants.
---------------------------------------------------------

21 Civ. 1913 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court received the parties' joint status letter on October 26, 2021. ECF No. 105. Accordingly, the conference scheduled for November 2, 2021, is ADJOURNED to **December 20, 2021**, at **10:20 a.m.** By **December 13, 2021**, the parties shall submit their joint status letter.

    By **November 10, 2021**, Defendants shall file any motion to vacate Plaintiff's notice of voluntary dismissal. Any brief filed with the motion is not to exceed 10 pages. By **November 24, 2021**, Plaintiff shall file any opposition to Defendants' motion in a brief not to exceed 10 pages. By **December 1, 2021**, Defendants shall file any reply in a brief not to exceed 5 pages.

    SO ORDERED.

Dated: October 28, 2021
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge