UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court holds in abeyance a ruling concerning Plaintiff's applications (i) to stay/extend the deadline for the completion of fact discovery (ECF No. 117); and (ii) to file a third amended complaint (ECF No. 120) until after holding a continuation of the settlement conference, as discussed with the parties at the February 3, 2022 Telephone Discovery Conference.  (See ECF No. 121).

The settlement conference will continue **Thursday, March 3, 2022 at 2:30 pm** and will take place by videoconference hosted by the Court through the Microsoft Teams platform.  If counsel prefer hosting the videoconference on an alternative platform such as Zoom, they may jointly email a request with videoconference details to Chambers at least **one week before** the scheduled conference.  The terms of the Court's Settlement Conference Scheduling Order (ECF No. 110) are incorporated by reference, and any party wishing to provide an updated settlement submission may do so by no later than **Friday, February 25, 2022**.  These submissions must be

emailed to Chambers at cave_nysdchambers@nysd.uscourts.gov; the submissions should <u>not</u> be submitted via the ECF system.

The Clerk of Court is respectfully directed to set this conference as a settlement conference even though it will take place by videoconference.

Dated:     New York, New York
           February 8, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**