```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LOVE AND MADNESS, INC.,

                Plaintiff,

-against-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S", "ICING", "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORE'S INC.,

                Defendants.

21 Civ. 1913 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    On February 8, 2022, the Honorable Sarah L. Cave issued an order holding in abeyance a ruling on Plaintiff's application to stay or extend the deadline to complete fact discovery and to file a third amended complaint until after holding a continuation of the settlement conference. *See* ECF No. 123. Accordingly, the Court DENIES Defendants' partial motion to dismiss Plaintiff's second amended complaint, ECF No. 57, Plaintiff's motion for leave to file a sur-reply, ECF No. 96, and Defendants' motion to vacate Plaintiff's Rule 14(a)(1) dismissal of Plaintiff's state law claims, ECF No. 111, without prejudice to renewal in the event Magistrate Judge Cave denies Plaintiff leave to file a third amended complaint.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 57, 96, and 111.

    SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge