UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the settlement conference held today, April 27, 2022, a Telephone Conference is scheduled for **Thursday, May 12, 2022 at 5:00 pm** on the Court's conference line.

The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:          New York, New York
                 April 27, 2022

                                                    SO ORDERED.

                                                     *[signature]*
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**