UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOVE AND MADNESS, INC.,

                Plaintiff,

-v-

CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP. D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES" AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK LTD.; AND CLAIRE'S STORES INC.

                Defendants.

CIVIL ACTION NO.: 21 Civ. 1913 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On June 29, 2022, the Court advised the parties that on receipt of the submissions regarding Plaintiff Love and Madness, Inc.'s ("Love and Madness") Motion to Approve Settlement and Enter Final Judgment to Enforce Settlement, (see ECF No. 131), "the Court will determine whether oral argument will be scheduled." (ECF No. 134 at 2). The Court has reviewed the parties' submissions and determined that an oral argument is not necessary at this time.

Dated:    New York, New York
           August 18, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge