UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVE AND MADNESS, INC.,<br><br>                              Plaintiff,<br><br>      -v-<br><br>CLAIRE'S HOLDINGS LLC; CBI DISTRIBUTING CORP.<br>D/B/A "CLAIRE'S," "ICING," "CLAIRE'S ACCESSORIES"<br>AND "ICING BY CLAIRE'S"; CLAIRE'S ACCESSORIES UK<br>LTD.; AND CLAIRE'S STORES INC.<br><br>                              Defendants. | CIVIL ACTION NO.: 21 Civ. 1913 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

The Court is in receipt of Plaintiff Love and Madness, Inc.'s ("L&M") letter-motion seeking clarification on the Opinion & Order issued on October 5, 2022, (see ECF No. 146 (the "Letter")), and orders as follows.

In the Letter, L&M requests "clarification" concerning the Court's calculation of the Charging Lien in the October 5, 2022 Opinion and Order.  (ECF No. 144 (the "Oct. 5 Order")).  In the Oct. 5 Order, the Court conducted a thorough review of the materials, such as they were, that L&M and Barton LLP ("Barton") submitted regarding services Barton rendered to L&M, and did its best to arrive at a fair and accurate calculation of the Charging Lien.  (See id. at 26 n.13). On an initial review of L&M's Letter, the Court stands by its calculation of the Charging Lien, but will nevertheless give L&M an opportunity to be heard on the matter.  Accordingly, the Court will hold an **in-person** conference to discuss the issues raised in the Letter on **Tuesday, November 22, 2022 at 11:00 a.m.** in Courtroom 18A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York (the "Conference").

L&M does not appear to have served a copy of the Letter on Barton, and, accordingly, shall serve the Letter, and **this Order**, on Barton and file proof of service on the docket no later

than **Monday, October 24, 2022**.  Barton may choose to attend, or not attend, the Conference, as it sees fit.

The parties' deadline to file a proposed form of final judgment for the Court's review and endorsement is held in abeyance pending the Conference.

In addition, the Court <u>strongly</u> <u>encourages</u> L&M and Barton to confer again and attempt to resolve their fee dispute in good faith.  The Court does not view further briefing regarding the Charging Lien as a productive use of the parties' or the Court's resources.  Should L&M and Barton desire a judicially-supervised settlement conference, the Court will gladly refer them to another Magistrate Judge for that purpose.

Dated:          New York, New York                    SO ORDERED.
                October 19, 2022

SARAH L. CAVE
United States Magistrate Judge