

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

November 18, 2022

**DELIVERED VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

          Case Title: *Love and Madness, Inc. v. Claire's Holdings LLC, et al*;
               1:21-cv-01913-AT-SLC
          Re:   Request for Adjournment of Status Conference

Your Honor:

  As you know, this office represents Plaintiff Love and Madness, Inc. ("L&M") in the above-referenced action. We write to respectfully request an adjournment of the status conference, currently scheduled for November 22, 2022 at 11:00 am (Dkt. #147) because L&M and Barton LLP have resolved their fee dispute. In light of this, L&M respectfully requests that it is given until December 6, 2022 to submit a proposed final form of judgment. (Dkt. #144.)

  We thank Your Honor for your consideration of this matter.

              Respectfully submitted,

          By: */s/ Laura M. Zaharia*
             Scott Alan Burroughs
             Laura M. Zaharia
             DONIGER / BURROUGHS
             For the Plaintiff

---

Plaintiffs' letter-motion requesting adjournment of the status conference scheduled for November 22, 2022 at 11:00 a.m. (the "Conference") (ECF No. 151) is GRANTED, and the Conference is ADJOURNED sine die.  By **Tuesday, December 6, 2022**, Plaintiff and Claire's shall submit a proposed form of final judgment for the Court's review.

The Clerk of Court is respectfully directed to close ECF No. 151.

SARAH L. CAVE
United States Magistrate Judge

SO ORDERED 11/18/22

1