UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOVE AND MADNESS, INC., <br><br>Plaintiff, <br><br>v. <br><br>CLAIRE'S HOLDINGS LLC, et al., <br><br>Defendants. | Civil Action No.: 1:21-cv-01913-SLC <br><br>**FINAL JUDGMENT** |

Plaintiff Love and Madness, Inc. ("LMI") and Defendants Claire's Holdings LLC, Claire's Accessories UK Ltd., Claire's Stores Inc., and CBI Distributing Corp. (collectively, "Claire's") request entry of final judgment pursuant to this Court's October 5, 2022 Order (ECF No. 144). The Parties have entered into a Settlement Agreement resolving the claims in this action. *Id.* at 2-6. LMI has agreed to dismiss this action, with prejudice, in accordance with the terms and conditions of the Settlement Agreement. *Id.* The Parties have agreed to submit to the jurisdiction of this Court for the purpose of enforcing any breaches of the Settlement Agreement and for resolution of future disputes as articulated in the Settlement Agreement. As of November 18, 2022 LMI and its former counsel, Barton LLP, resolved their fee dispute. (ECF No. 152). Accordingly, entry of final judgment is appropriate at this time.

**IT IS HEREBY ORDERED THAT** the Judgment in this case is ENTERED to reflect the following:

(1) The Court will retain jurisdiction of this matter for the resolution of any dispute regarding or arising from the Settlement Agreement.

(2) The Clerk is directed to dismiss this action, with prejudice, in accordance with the terms herein including dismissal of the Complaint.

(3) Each party will bear its own costs and attorneys' fees as incurred in this Action.

**SO ORDERED.**

Dated: New York, New York
December 7, 2022

_____
SARAH L. CAVE
United States Magistrate Judge